UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | SC 10 |
| | ) | |
| DEFENDANTS LISTED BELOW | ) | <u>ORDER DISMISSING CITATIONS</u> |

Upon motion of the United States of America by and through its counsel, the Court hereby dismisses the following citations issued at Fort Jackson, South Carolina:

<u>From 3/14/11 Docket:</u>
<u>CITATION NO.</u>   <u>NAME</u>                          <u>CHARGE</u>
2725487          ALFARO TEJADA, LUIS       ILLEGAL ENTRY

The reason for dismissal is failure to meet burden.

<u>From 2/23/11 Docket:</u>
<u>CITATION NO.</u>   <u>NAME</u>                          <u>CHARGE</u>
2721363          CHAVIS, NEAL                  DRIVING UNDER SUSPENSION

The reason for dismissal is failure to meet burden.

<u>From 11/16/10 Docket:</u>
<u>CITATION NO.</u>   <u>NAME</u>                          <u>CHARGE</u>
1571027          CALEBRO ROBBIE D.         POSSESS/DRUGS/MARIJUANA

The reason for dismissal is failure to meet burden.

<u>From 8/17/10 Docket:</u>
<u>CITATION NO.</u>   <u>NAME</u>                          <u>CHARGE</u>
2076187          BROWN, ANDREINA R.        ASSAULT
2545710          HICKS, ASHLEY L.              DUI
2545711          HICKS, ASHLEY L.              IMPEDING FLOW OF TRAFFIC

The reason for dismissal is failure to meet burden.

<u>From 6/22/10 Docket:</u>
<u>CITATION NO.</u>   <u>NAME</u>                          <u>CHARGE</u>
2076189          HARRIS, SHUNDRIGOUS J.    ASSAULT

The reason for dismissal is failure to meet burden.

<u>From 4/13/10 Docket:</u>
<u>CITATION NO.</u>   <u>NAME</u>                          <u>CHARGE</u>
1799774          WASHINGTON, RHONDA M.   DRIVE W/SUSPENDED LIC
1799775          WASHINGTON, RHONDA M.   HEADLAMPS REQUIRED
2073629          WASHINGTON, RHONDA M.   DRIVE/OPEN CONTAINER/ALCOHOL
2073630          WASHINGTON, RHONDA M.   DUI

The reason for dismissal is failure to meet burden.

From 3/23/10 Docket:
| CITATION NO. | NAME | CHARGE |
|---|---|---|
| 2726030 | HAYNES, MARCELLUS D. | POSSESS/DRUGS/MARIJUANA |

The reason for dismissal is failure to meet burden.

From 1/11/10 Docket:
| CITATION NO. | NAME | CHARGE |
|---|---|---|
| 2073775 | JENKINS, MARY J. | THEFT/GOV'T PROPERTY |
| 2364777 | JENKINS, MARY J. | FRUAD BY STATEMENTS |

The reason for dismissal is failure to meet burden.

From 9/23/09 Docket:
| CITATION NO. | NAME | CHARGE |
|---|---|---|
| 2075151 | COLTRANE, JOHNNY R. | POSSESS/DRUGS/MARIJUANA |
| 2075152 | SAPP, LOUIS S. | POSSESS/DRUGS/MARIJUANA |
| 1805553 | SMAGNER, MARK E. | RECKLESS DRIVING |

The reason for dismissal is failure to meet burden.

From 4/27/09 Docket:
| CITATION NO. | NAME | CHARGE |
|---|---|---|
| 1805946 | HANSON, IVEY L. | DUI |

The reason for dismissal is failure to meet burden.

From 11/3/08 Docket:
| CITATION NO. | NAME | CHARGE |
|---|---|---|
| 1805255 | NYE, STEPHANIE A. | IMPROPER BACKING |

The reason for dismissal is failure to meet burden.

From 10/27/08 Docket:
| CITATION NO. | NAME | CHARGE |
|---|---|---|
| 1572011 | FRAZIER, GARTELL | CHILD CRUELTY |
| 1570477 | FRAZIER, GARTELL | SUSPENDED REGISTRATION |

The reason for dismissal is failure to meet burden.

From 8/18/08 Docket:
| CITATION NO. | NAME | CHARGE |
|---|---|---|
| 1079132 | PRANTERA, DOMINIC P. | POSSESS/DRUGS |

The reason for dismissal is failure to meet burden.

IT IS SO ORDERED,

June 21, 2011
Columbia, South Carolina

ROBERT L. BUCHANAN, JR
UNITED STATES MAGISTRATE JUDGE

I SO MOVE:

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

T. DeWayne Pearson (ID# 10859)
Assistant U.S. Attorney

FILED
JUN 23 2011
LARRY W. PROPES, CLERK
Columbia, SC